IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL RAY O'NEAL,

        Petitioner,                      No. CIV S-08-3139 DAD P

    vs.

UNKNOWN,

        Respondent.               ORDER

                                        /

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On January 8, 2009, the court dismissed petitioner's application for a writ of habeas corpus with leave to amend because he failed to name the proper respondent. Although the court properly served petitioner with the order, the order was returned as "undeliverable" because petitioner refused to accept his mail.

        Petitioner is advised that in order to proceed with this action, he must file an amended petition. In the interest of justice, the court will grant petitioner an additional thirty days to file an amended petition. However, petitioner's failure to file an amended petition in accordance with this order will result in a recommendation for dismissal of this action without prejudice.

1   In accordance with the above, IT IS HEREBY ORDERED that petitioner is
2  granted thirty days from the date of service of this order to file an amended petition.  Failure to
3  comply with this order will result in a recommendation for dismissal of this action without
4  prejudice.
5  DATED: February 13, 2009.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
onea3139.111amp