IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL RAY O'NEAL,

    Petitioner,                             No. CIV S-08-3139 DAD P

    vs.

UNKNOWN,                                 <u>ORDER AND</u>

    Respondent.                       <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        By order filed January 8, 2009, the court dismissed petitioner's application for a writ of habeas corpus with leave to amend. On February 17, 2009, petitioner was granted an additional thirty days to file an amended petition. Petitioner was cautioned that failure to comply with the order would result in a recommendation for dismissal of this action without prejudice. The thirty day period has now expired, and petitioner has not filed an amended petition or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action;

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

/////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 30, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
onea3139.fta